IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-00851-JLK**

**KAREN McBETH**,

       Plaintiff,

v.

**JEFFREY HIMES, individually and as an investigator and deputy sheriff of the Arapahoe County Sheriff's Office** ,

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Upon careful consideration of Defendant Himes's Motion for Reconsideration of my Order rejecting, in part, his defense of qualified immunity (Doc. 67), together with Plaintiff's Response (Doc. 73) and Himes's Reply (Doc. 77), the Motion for Reconsideration is **DENIED.** The parties are admonished, however, that the factual dispute precluding entry of summary judgment in Defendant Himes's favor – i.e. that Himes initiated contact with the Department of Human Services in retaliation for Plaintiff's insistence that Himes secure a proper warrant for the childcare records sought – is an exceedingly close call in this case which the parties should take into account in assessing their respective risk in proceeding to trial.

Dated:  March 13, 2007