IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **02-cv-00851-JLK-MJW**

**KAREN McBETH**,

        Plaintiff,

v.

**TERRY L. SANTI, individually and in her capacity as a Dept. of Human Services Employee; KATHI WAGONER, individually and in her capacity as a Dept. of Human Services Employee; and JEFFREY HIMES, individually and as an investigator and deputy sheriff of the Arapahoe County Sheriff's Office** ,

        Defendants.

## ORDER

**Kane, J.**

The Motion for Final Judgment and Permission to Appeal Order for Summary Judgment re Defendants Santi and Wagoner (doc. #90), filed June 5, 2007, is GRANTED. I find, pursuant to F.R.Civ.P 54(b), there is no just reason for delay and expressly direct entry of judgment. I further find that certification for appeal is in the interests of clarity and judicial efficiency.

Dated at Denver, Colorado this 12th day of June, 2007.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT