IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02cv0851-JLK-MJW

KAREN MCBETH,

Plaintiff,

v.

TERRY L. SANTI, individually and in her capacity as a Dept. of Human Services Employee;
KATHI WAGONER, individually and in her capacity as a Dept. of Human Services Employee; and
JEFFY HIMES, individually and as an investigator and deputy sheriff of the Arapahoe County Sheriff's Office,
Defendants.

---

**ORDER RE: STIPULATED MOTION TO VACATE SETTLEMENT CONFERENCE** (Docket No. 92)

---

This Court, having reviewed the Stipulated Motion to Vacate Settlement Conference and being fully advised in the premises, GRANTS the Stipulated Motion (Docket No. 92). (*)

DATED this 26th day of June, 2007.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

~~U.S. District Court Judge~~/ Magistrate Judge

(*) The settlement conference set on June 28, 2007 at 1:30 p.m is VACATED. The parties shall file a written status report with the court regarding the Appeal that is pending before the Tenth Circuit on or before August 17, 2007.