IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 02-cv-00851-PAB-MJW

KAREN McBETH,

     Plaintiff,

v.

TERRY L. SANTI, individually and
in her capacity as a Department of Human Services employee,
KATHI WAGONER, individually and
in her capacity as a Department of Human Services employee, and
JEFFREY HIMES, individually and
as an investigator and deputy sheriff of the Arapahoe County Sheriff's Office,

     Defendants.
_____

**ORDER**
_____

     On January 29, 2007, the Court issued an order granting summary judgment to

defendants Santi and Wagoner [Docket No. 64].  The same order granted summary

judgment in favor of defendant Himes on plaintiff's Fourth and Fourteenth Amendment

claims and denied summary judgment in favor of defendant Himes on plaintiff's First

Amendment claim.  Defendant Himes filed an interlocutory appeal regarding the First

Amendment claim based on an assertion of qualified immunity [Docket No. 81].

Plaintiff filed a motion for certification under Federal Rule of Civil Procedure 54(b) with

respect to her claims against defendants Santi and Wagoner [Docket No. 90], which the

Court granted [Docket Nos. 91, 104].  Despite the scope of the certification order,

plaintiff sought review of the Court's granting of summary judgment in favor of each of

the defendants, including defendant Himes on the Fourth and Fourteenth Amendment claims [Docket No. 96].

On appeal, the Tenth Circuit affirmed the Court's summary judgment order on all of the claims against defendants Santi and Wagoner. *McBeth v. Himes*, --- F.3d ----, Nos. 07-1165, 07-1283, 2010 WL 762189, at *15 (10th Cir. March 8, 2010). The Tenth Circuit also held that defendant Himes was entitled to qualified immunity on plaintiff's First Amendment claim and, therefore, reversed that portion of the January 29, 2007 order. *McBeth*, 2010 WL 762189, at *15. The Tenth Circuit declined to hear plaintiff's appeal regarding her Fourth and Fourteenth Amendment claims due to a lack of jurisdiction. *McBeth*, 2010 WL 762189, at *10-11. Finally, the Tenth Circuit remanded the case to this Court for proceedings consistent with its opinion. *McBeth*, 2010 WL 762189, at *15.

On remand, the Court ordered the parties to file status reports regarding what additional proceedings, if any, were needed in this case. The parties filed status reports [Docket Nos. 115, 116 and 117], each indicating that all that remains to be done is for the Court to enter final judgment. Therefore, it is

**ORDERED** that the Clerk shall forthwith enter judgment on all of the claims in this case for which judgment has not yet entered. Specifically, judgment shall enter in favor of defendant Jeffrey Himes, individually and as an investigator and deputy sheriff of the Arapahoe County Sheriff's Office, and against plaintiff Karen McBeth on all of plaintiff Karen McBeth's claims against defendant Jeffrey Himes. Defendant Himes may have his costs by filing a bill of costs within fourteen days of the date of this order.

DATED March 22, 2010.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge